UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN JARVIS JEROME PHLILIPS,

Plaintiff,

v.

COUNTY OF WAYNE, *et al*.,

Defendants.

Case No. 2:26-cv-10224

District Judge Susan K. DeClercq
Magistrate Judge Anthony P. Patti

______________________________/

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S SEPTEMBER 14, 2026 MOTION (ECF No. 11)**

In January 2026, Justin Jarvis Jerome Phillips initiated this lawsuit against eight named Defendants, as well as John/Jane Doe Defendants 1-10. Plaintiff is proceeding *in forma paupers* (*see* ECF Nos. 2, 4, 6, 7) and was directed to complete service documents (*see* ECF No. 8).

Judge DeClercq has referred this case to me for pretrial matters. (ECF No. 12.) Currently before the Court is Plaintiff's September 14, 2026 "motion for reconsideration and/or relief from deadline, response to order to show cause, and request for leave to proceed with service." (ECF No. 11.) Upon consideration, Plaintiff's motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

- As for Plaintiff's first five requests (ECF No. 11, PageID.29 ¶¶ 1-5), Plaintiff's obligations under the Court's August 27, 2026 show cause order (ECF

No. 9) – which, incidentally, was returned to the Court as undeliverable (ECF No. 10) – are **DISCHARGED**, and this case will be permitted to move forward.

- Plaintiff's two service-related requests (ECF No. 11, PageID.29 ¶¶ 6, 7) are **DEEMED MOOT**, because the Clerk of the Court received service documents on the same day Plaintiff filed the instant motion, the Clerk of the Court issued summonses on September 17, 2026 (ECF No. 13), the U. S. Marshals Service (USMS) has facilitated service of process (*see* ECF Nos. 14, 17), and the named Defendants have already appeared by way of their pending motion to dismiss or abstain (*see* ECF No. 15).[1]

- Plaintiff's request for permission "to enroll in and utilize electronic filing/electronic notification, . . . . so that [he] may timely monitor the docket and receive future Court notices[,]" (ECF No. 11, PageID.29 ¶ 8) is **DENIED**. Recently, in another of Plaintiff's lawsuits, Judge Drain stated that Plaintiff was "**ENJOINED** from filing additional motions and from submitting documents through the Court's Pro Se Electronic Document Upload Program without prior leave of court[.]" *See* Case No. 2:25-cv-14121-GAD-APP (ECF No. 38, PageID.615; *see also id.*, PageID.620-621, 622, therein). The Undersigned sees no reason to decide otherwise here.

---

[1] The named Defendants' motion to dismiss or abstain (ECF No. 15), as to which Plaintiff's response is due on November 27, 2026 (ECF No. 16), will be addressed under separate cover once briefing has concluded.

**IT IS SO ORDERED.**[2]

Dated: November 18, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

[2] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).